**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 SEP -1 A 10: 15

CLERK, US DISTRICT COURT
                FLORIDA

UNITED STATES OF AMERICA

v.  Case No.  3:01-cr-77-J-25HTS

ROY SHANE JACKSON

### CORRECTED[1]
### REVOCATION OF SUPERVISED RELEASE AND
### JUDGMENT AND COMMITMENT

This matter is before the Court on the Petition on Probation and Supervised Release, filed on October 7, 2004 (Dkt. 446). On August 31, 2006, the Court conducted a re-sentencing hearing on this matter, pursuant to the Mandate of the Eleventh Circuit Court of Appeals (Dkt. 514). The following were present: the Defendant, who appeared with counsel, James Burke, Assistant Federal Public Defender, and Rosemary Cakmis, Assistant Federal Public Defender, and the government was represented by M. Scotland Morris, Assistant United States Attorney.

Having reviewed the report of the probation officer, having heard from counsel for Defendant and the government, and having heard from Defendant, as well as Defendant's witnesses, the Court finds, as previously determined, that Defendant has violated the terms of supervised release as set forth in Allegations One, Two, Three, and Four of the Petition. Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED:**

1. That Defendant's supervised release is revoked; and

2. That Defendant is committed to the custody of the United States Bureau of Prisons for a **term of 24 months, with credit for time served**. Upon release from confinement, the Defendant shall serve a term of supervised release for a period of 18 months, subject to the standard

---

[1] To reflect that Defendant also violated Allegation One of the Petition on Probation and Supervised Release.

terms and conditions previously imposed, with a special condition that defendant participate in drug treatment program, as directed by the probation office.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of September, 2006, nunc pro tunc.

**HENRY LEE ADAMS, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record
Defendant
U.S. Marshal
U.S. Probation Officer
Pretrial Services